UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MTULA TASHAMBY PAYTON,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY,<br><br>Defendant. | Case No.  2:25-cv-0234-JDP (P)<br><br><br><br>ORDER |

Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a second request for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. *See* ECF Nos. 2 & 6.  However, the certificate portion of the request, which must be completed by plaintiff's institution of incarceration, has not been completed.  Also, plaintiff has not filed a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2).  Plaintiff is provided the opportunity to submit a completed *in forma pauperis* application and a certified copy in support of the application.

This is plaintiff's second opportunity to file a complete application to proceed *in forma pauperis*.  Should he again fail to comply with the requirements of this order, I will recommend that this action be dismissed for failure to comply with court orders and failure to pay the filing fee.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of the request to proceed *in forma pauperis* on the form provided by the Clerk of Court, and a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.

Dated:   April 14, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE