UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MTULA TASHAMBY PAYTON,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY,<br><br>Defendant. | Case No. 2:25-cv-0234-JDP (P)<br><br>ORDER |

Plaintiff filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 15, is GRANTED; and

2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint.

IT IS SO ORDERED.

Dated: October 17, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE