UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MTULA TASHAMBY PAYTON, | No. 2:25-cv-00234-DC-JDP (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| SACRAMENTO COUNTY, et al. | (Doc. No. 19) |
| Defendants. | |

Plaintiff Mtula Tashamby Payton, a county jail inmate proceeding *pro se* and *in forma pauperis* filed this civil rights action seeking relief under 42 U.S.C. § 1983. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 20, 2025, Plaintiff filed a second amended complaint against Defendants. (Doc. No. 17.) On January 30, 2026, the assigned magistrate judge screened Plaintiff's second amended complaint finding Plaintiff has stated cognizable Fourteenth Amendment failure to protect claim against Defendant Rolland and a Fourteenth Amendment excessive force claim against Defendant Reyes. (Doc. No. 19.) The magistrate judge found Plaintiff failed to state a cognizable claim against Defendant Sacramento County Sheriff's Department. (*Id*. at 2.) That same day, the magistrate judge issued findings and recommendations recommending that all claims and Defendants, other than the Fourteenth Amendment claims against Defendants Rolland

1

and Reyes be dismissed. (*Id*. at 4.) The findings and recommendations were served upon Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 4.) Plaintiff has not filed any objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed January 30, 2026 (Doc. No. 19) are ADOPTED IN FULL;

2.  All claims and Defendants, other than the Fourteenth Amendment claims against Defendants Rolland and Reyes, are DISMISSED; and

3.  This matter is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    **March 19, 2026**

Dena Coggins
United States District Judge

2